UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY JOE BARBER, III,<br><br>    Plaintiff,<br><br>    v.<br><br>T. WALKER, *et al.*,<br><br>    Defendants. | Case No. C24-5861-RAJ-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

ORDER - 1

(2)     Plaintiff's complaint (dkt. # 6) and this action are DISMISSED, without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 27th day of March , 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2